IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 10-22916-CIV-Moreno/Torres

WILLIAM LEVY, individually,

Plaintiff,

v.

STEVEN A. LERMAN & ASSOCIATES, INC.,
a California Corporation, STEVEN A.LERMAN,
ESQ., individually, and K.A, a minor, by and
through her mother and natural guardian, ANA
SAUCEDO,

      Defendants.
_____/

## PLAINTIFF'S NOTICE VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, WILLIAM LEVY, by and through the undersigned counsel and pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) - (B), hereby files the present Notice of Voluntary Dismissal without prejudice the following Counts from Plaintiff's First Amended Complaint and further states:

1. Plaintiff voluntarily dismisses without prejudice the following Counts from the First Amended Complaint:

    a. Count I – Claim for Civil Extortion against Defendant Lerman;

    b. Count II – Claim for Civil Extortion against Defendant Lerman & Associates, P.A.(hereinafter "Law Firm");

    c. Count III – Claim for Civil Extortion against Defendant K.A.;

    d. Count IV – Claim for Civil Conspiracy against Defendant Lerman;

    e. Count V – Claim for Civil Conspiracy against Defendant Law Firm;

  f.  Count VI – Claim for Civil Conspiracy against Defendant K.A.;

  g.  Count IX – Claim for Intentional Infliction of Emotional Distress against K.A.

  h.  Count X – Claim for Wrongful Interference with Economic Advantage against Defendant Lerman;

  i.  Count XI – Claim for Wrongful Interference with Economic Advantage against Defendant Law Firm;

  j.  Count XII – Claim for Wrongful Interference with Economic Advantage against K.A.; and

  k.  Count XIII – Claim for Tortious Deceit against Defendant K.A.

2. Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiff LEVY reserves the right to re-file the above dismissed Counts in any court. Federal Rules of Civil Procedure 41 provides in pertinent:

> (a) Voluntary Dismissal.
>  (1) By the Plaintiff.
>   (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff **may dismiss an action without a court order by filing**:
>    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>    (i) a stipulation of dismissal signed by all parties who have appeared.
>   (B) *Effect*. Unless the notice or stipulation states otherwise, **the dismissal is without prejudice**. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits. (emphasis added).

3. The Counts being dismissed by the Plaintiff should be dismissed without prejudice as the opposing party has **not** served an answer or a motion for summary judgment. Furthermore, Plaintiff has not previously dismissed any federal or state-court action based on or including the same claim.

4. Plaintiff is **not** dismissing the following counts:

    a. Count VII – Claim for Intentional Infliction of Emotional Distress against Defendant Lerman;

    b. Count VIII – Claim for Intentional Infliction of Emotional Distress against Defendant Law Firm; and

    c. Count XIV – Claim for Defamation against Defendant Lerman.

Date submitted: September 30, 2010

Respectfully submitted,

By: s/ Ralph G. Patino
Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Facsimile No.: (305) 443-5635
Counsel for the Plaintiff, William Levy

## CERTIFICATE OF SERVICE

**I hereby certify** that on September 30, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Ralph G. Patino
Ralph G. Patino, Esq.

## SERVICE LIST

**Willaim Levy v. Steven A. Lerman & Associates, Inc.,, et al.
Case No.: 10-22916-CIV-Moreno/Torres
United States District Court for the Southern District of Florida**

Arthur L. Wallace, III
wallacelawfirm@yahoo.com
Wallace Law Office
2401 E. Atlantic Blvd., Suite 400
Pompano Beach, Florida 33062
Telephone: (954)943-2020
Fax: (954)7841552
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF and
U.S. Mail

Anthony R. Lopez, Esq.
alopez@musicatty.com
Law Offices Lopez &Associates
9025Wilshire Blvd. Suite 500
Beverly ills, California 90211
Telphone: (310)276-4700
Facismile: (310)861-0509
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF and
U.S. Mail

Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
Counsel for Plaintiff, WILLIAM LEVY
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Facsimile No.: (305) 443-5635
Attorney for the Plaintiff, William Levy