UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  10-22916-CIV-MORENO

WILLIAM LEVY,

     Plaintiff,

vs.

STEVEN A. LERMAN & ASSOCIATES, INC., a
California Corp., STEVEN A. LERMAN, ESQ.,
individually, and KARLA ALVAREZ, a minor by and
through her mother and natural guardian, ANA
SAUCEDO,

     Defendants.

_____/



CLOSED
CIVIL
CASE

### FINAL ORDER OF DISMISSAL AND ORDER
### DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without
Prejudice **(D.E. 20)**, filed **September 30, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise
fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees
and costs. Fed. R. Civ. P. 41(a)(1)(ii).  Further, all pending motions are DENIED as MOOT with leave to
renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of October, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record