UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| WILLIAM LEVY, individually, ) | **Case No.: 10-22916-CIV-Moreno/Torres** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STEVEN A. LERMAN & ) | |
| ASSOCIATES, INC., a California ) | |
| Corporation, STEVEN A. LERMAN, ) | |
| ESQ., individually, and KARLA ) | |
| ALVAREZ, a minor, by and through ) | |
| her mother and natural guardian, ANA ) | |
| SAUCEDO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' STEVEN A. LERMAN, ESQ. AND STEVEN A. LERMAN & ASSOCIATES, INC.'S REQUEST FOR JUDICIAL NOTICE IN REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Defendants, STEVEN A. LERMAN, ESQ. ("Lerman") and STEVEN A. LERMAN & ASSOCIATES, INC. ("The Lerman Law Firm") ("collectively referred to as Defendants") hereby request that the Court take judicial notice of the following documents attached as Exhibit "1" through "3". The request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below. This request is made in connection with Defendants' Motion to Dismiss.

-1-

| Exhibit | Description |
|---|---|
| 1 | Plaintiff William Levy's Answer, Counter-Claim and Demand for Jury Trial in K.A., a minor, et al v. William Levy, CV10-6778 MMM (AGRx). |
| 2 | Counter-Claim Exhibit A in K.A., a minor, et al v. William Levy, CV10-6778 MMM (AGRx). |
| 3 | Counter-Claim Exhibit B in K.A., a minor, et al v. William Levy, CV10-6778 MMM (AGRx). |

## BASIS FOR REQUESTING JUDICIAL NOTICE

Judicial notice of a particular fact is appropriate if the fact is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be question. In order for a fact to be judicially noticed under Rule 201(b), indisputability is a prerequisite." *U.S. v. Jones* 29 F.3d 1549, 1553 (11 Cir. 1994) (citing 21 C. Wright & K Graham, *Federal Practice and Procedure: Evidence* § 5104 at 485 (1977 & Supp.1994)). A court may take judicial notice of documents outside of the complaint that a capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed.R. Evid. 201(d) *Wietschner v. Monterey Pasta Co.,* 294 F. Supp. 2d 1117, 1109 (N.D. Cal.203)

Courts may take judicial notice of proceedings in other courts. *U.S. ex rel Robinson Rancheria Citizens v. Borneo, Inc.,* 971 F.ed 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. V. FDIC*, 605 F.2d 1169 (10th Cir. 1979)) ('[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"). Exhibits "1" is a Counter-Claim, Exhibit "2" is an Exhibit and Exhibit "3" is an Exhibit from the files of other federal district courts. The contents of these

filings are public records that are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid, 201(b)(2). These exhibits reflect the proceedings in other federal courts, and are appropriate for judicial notice as set forth in *U.S. ex rel Robinson Rancheria Citizens Council.*

    Defendants requests that this Court take judicial notice of Exhibits 1, 2 and 3 solely to demonstrate their existence and the similarity of the claims and not for the truth of their contents.

Dated: October 5, 2010                                Respectfully submitted,

                                                      /s/Arthur L. Wallace, III
                                                      Arthur L. Wallace, III
                                                      Fla Bar ID # 769479
                                                      wallacelawfirm@yahoo.com
                                                      Wallace Law Office
                                                      2401 E. Atlantic Blvd., Suite 400
                                                      Pompano Beach, Florida 33062
                                                      Telephone:(954)943-2020
                                                      Fax:(954)784-1552
                                                      Attorneys for Defendants, STEVEN A. LERMAN & ASSOCIATES, INC. and STEVEN A. LERMAN, ESQ.

                                                      And

                                                      /s/Anthony R. Lopez
                                                      Anthony R. Lopez, Esq.
                                                      Admitted Pro Hac Vice
                                                      CA Bar ID #149653
                                                      alopez@musicatty.com
                                                      Law Offices Lopez & Associates
                                                      9025 Wilshire Blvd. Suite 500
                                                      Beverly Hills, California 90211
                                                      Telephone: (310)276-4700
                                                      Facsimile: (310)861-0509
                                                      Attorneys for Defendants, STEVEN A. LERMAN & ASSOCIATES, INC. and STEVEN A. LERMAN, ESQ.

Case No.:10-22916-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2010, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/Arthur L. Wallace, III

                                                   **Case No.:10-22916-CIV-MORENO**

## **SERVICE LIST**

RALPH G. PATINO, ESQ.
Email: rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305)443-6163
Facsimile: (305)443-5635
Attorneys for Plaintiff, WILLIAM LEVY