IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 10-22916-CIV-Moreno/Torres

WILLIAM LEVY, individually,

Plaintiff,

v.

STEVEN A. LERMAN &
ASSOCIATES, INC., a California
Corporation, STEVEN A. LERMAN,
ESQ., individually, and KARLA
ALVAREZ, a minor, by and through
her mother and natural guardian, ANA
SAUCEDO,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

COMES NOW, Plaintiff WILLIAM LEVY (hereinafter "LEVY"), by and through the undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 15.1, and requests leave to amend Plaintiff's Complaint [D.E. 1]. The Amended Complaint is attached hereto as "Exhibit A."

## UNDERLYING FACTS

1.    On August 11, 2010, Plaintiff LEVY filed a Complaint [D.E. 1] sounding in civil extortion, civil conspiracy, intentional infliction of emotional distress, wrongful interference with economic advantage, and tortious deceit against Defendants STEVEN LERMAN, STEVEN LERMAN & ASSOCIATES, and K.A.

2.    The Complaint was amended on August 27, 2010 to include a defamation count against Defendant LERMAN. [D.E. 5].

1

3. Defendants subsequently filed a Motion to Dismiss the Amended Complaint [D.E. 16], and Reply to Plaintiff's Response to Defendant's Motion to Dismiss [D.E. 22], wherein they challenged *inter alia* the sufficiency of the allegations regarding this Court's personal jurisdiction over LERMAN. Concerning the defamation count specifically, Defendants erringly assert there is want of personal jurisdiction because the Plaintiff failed to allege that publication of the defamatory statements occurred in Miami, Florida even though Plaintiff alleged the defamatory statements were published on television shows which are known to air in Miami, Florida.

4. After responding to Defendant's Motion to Dismiss, the Plaintiff voluntarily dismissed without prejudice, his causes of actions against all Defendants for civil extortion, civil conspiracy, and wrongful interference with an economic advantage; and his causes of action against K.A. for intentional infliction of emotional distress and tortious deceit. The Plaintiff retained causes of action in this Court against the Defendant FIRM and LERMAN for intentional infliction of emotional distress and against LERMAN for defamation.

5. Plaintiff LEVY now seeks leave from this Court to amend his Complaint. Specifically, Plaintiff's Third Amended Complaint (attached hereto as "Exhibit A") expressly alleges that the television shows on which Defendant, LERMAN defamed LEVY in the Latin Media, aired in Miami, Florida. Additionally, as Defendant LERMAN's defamatory remarks attack LEVY's professional standing and character, and allege that LEVY has a loathsome disease and has committed crimes of moral turpitude, Plaintiff's Third Amended Complaint adds one count against Defendant LERMAN for defamation per se.

6. The amendments made do not prejudice the Defendants, were made in good faith and not for purposes of delay.

7. The undersigned has attempted to contact opposing counsel in a good faith effort to reach an agreement regarding the present motion for leave to amend his complaint. However, to date, opposing counsel has failed to contact the undersigned regarding same.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order, granting Plaintiff's Motion to for Leave to Amend the Complaint and any other relief as it deems necessary and proper.

## MEMORANDUM OF LAW

Plaintiff's Motion for Leave to Amend his Complaint should be granted as doing so will cause no prejudice to the Defendants and is in the interests of justice. Pursuant to Federal Rule 15(a)(2) of the Rules of Civil Procedure a "party may amend its pleading only with the opposing party's written consent or the court's leave." Further, the court should freely give leave when justice so requires." Id. Timely motions for leave to amend are held to a "very liberal standard and leave to amend should be freely given when justice so requires." Newman v. Sun Capital, Inc., 2010 WL 1961158 (M.D. Fla. 2010). Accordingly, the undersigned respectfully requests that Plaintiff's Motion for Leave to Amend the Complaint be granted.

Date: December 9, 2010

                        Respectfully submitted,

By: s/ Ralph G. Patino
Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
Counsel for Plaintiff, WILLIAM LEVY
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Facsimile No.: (305) 443-5635
Attorney for the Plaintiff, William Levy

## CERTIFICATE OF NON-CONCURRENCE for
## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

The undersigned hereby certifies that he has attempted to contact opposing counsel on multiple occasions in a good faith effort to reach an agreement regarding the present motion to amend the complaint. However, to date, opposing counsel has not responded to the undersigned regarding same.

Respectfully submitted,

By: s/ Ralph G. Patino
Ralph G. Patino, Esq.

## CERTIFICATE OF SERVICE for
## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

**I hereby certify** that on December 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Ralph G. Patino
Ralph G. Patino, Esq.

## SERVICE LIST

**Willaim Levy v. Steven A. Lerman & Associates, Inc.,, et al.
Case No.: 10-22916-CIV-Moreno/Torres
United States District Court for the Southern District of Florida**

Arthur L. Wallace, III
wallacelawfirm@yahoo.com
Wallace Law Office
2401 E. Atlantic Blvd., Suite 400
Pompano Beach, Florida 33062
Telephone: (954)943-2020
Fax: (954)7841552
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF and
U.S. Mail

Anthony R. Lopez, Esq.
alopez@musicatty.com
Law Offices Lopez &Associates
9025Wilshire Blvd. Suite 500
Beverly Hills, California 90211
Telphone: (310)276-4700
Facismile: (310)861-0509
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF and
U.S. Mail

Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
Counsel for Plaintiff, WILLIAM LEVY
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Facsimile No.: (305) 443-5635
Attorney for the Plaintiff, William Levy

5