IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 10-22916-CIV-Moreno/Torres

WILLIAM LEVY, individually,

    Plaintiff,

v.

STEVEN A. LERMAN &
ASSOCIATES, INC., a California
Corporation, STEVEN A.LERMAN,
ESQ., individually, and K.A, a minor, by
and through her mother and natural
guardian, ANA SAUCEDO,

    Defendants.

_____/

## STIPULATION TO STAY THE CASE

The Parties, WILLIAM LEVY, STEVEN A. LERMAN & ASSOCIATES, INC. and STEVEN A. LERMAN, ESQ., by and through their respective counsel, hereby file this stipulation to stay the case case and further state:

1. On April 15, 2011, the parties mediated the California case styled <u>Karla Alvarez v. William Levy and Does 1-10</u>, Case No. CV10-06778 ("California case"), in accordance with Judge Margaret Morrow's order mandating mediation before July 11, 2011.

2. As a result of the mediation, there has been a tentative resolution of the California case between the parties whose scope covered the instant case. The terms of the settlement are confidential.

3. The parties have stipulated to a sixty day (60) stay.

1

4.	A short stay of 60 days will not obstruct orderly function the proceedings in the instant case as the Court has not ruled on Defendant's Motion to Dismiss, has not set a date for a scheduling conference, and has not issued a Rule 16(b) scheduling order.

Respectfully submitted,

By: s/ Arthur L. Wallace, III
Arthur L. Wallace, III (Fla. Bar No.769479)
wallacelawfirm@yahoo.com
WALLACE LAW OFFICE
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
2401 E. Atlantic Blvd., Suite 400
Pompano Beach, Florida 33062
Telephone: (954)943-2020
Fax: (954)7841552

By: s/ Ralph G. Patino
Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
Counsel for Plaintiff, WILLIAM LEVY
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Fax No.: (305) 443-5635

By: s/ Anthony R. Lopez
Anthony R. Lopez, Esq.
alopez@musicatty.com
LAW OFFICES OF LOPEZ & ASSOCIATES
9025 Wilshire Blvd. Suite 500
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Beverly Hills, California 90211
Telephone: (310)276-4700
Fax: (310)861-0509

## CERTIFICATE OF SERVICE

**I hereby certify** that on April 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

By: s/ Ralph G. Patino
Ralph G. Patino, Esq.

## SERVICE LIST

**Willaim Levy v. Steven A. Lerman & Associates, Inc.,, et al.**
**Case No.: 10-22916-CIV-Moreno/Torres**
**United States District Court for the Southern District of Florida**

Arthur L. Wallace, III
wallacelawfirm@yahoo.com
Wallace Law Office
2401 E. Atlantic Blvd., Suite 400
Pompano Beach, Florida 33062
Telephone: (954)943-2020
Fax: (954)7841552
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF

Anthony R. Lopez, Esq.
alopez@musicatty.com
Law Offices Lopez &Associates
9025Wilshire Blvd. Suite 500
Beverly Hills, California 90211
Telphone: (310)276-4700
Facismile: (310)861-0509
Attorneys for Defendants, Steven A.
Lerman & Associates, Inc. and
Steven A. Lerman, Esq.
Method of Service via CM/ECF

Ralph G. Patino, Esq. (Fla. Bar No. 768881)
rpatino@patinolaw.com
PATINO & ASSOCIATES, P.A.
Counsel for Plaintiff, WILLIAM LEVY
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone No.: (305) 443-6163
Facsimile No.: (305) 443-5635
Attorney for the Plaintiff, William Levy
Method of Service via CM/ECF